JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALTAZAR L. BRAVO, JR., et al., | ) CASE NO. CV 12-02860-MMM(VBKx) |
| Plaintiffs, | ) |
| vs. | ) ORDER OF DISMISSAL FOR ) LACK OF PROSECUTION WITHOUT ) PREJUDICE |
| QUALITY LOAN SERVICE CORPORATION, et al., | ) ) (Pursuant to Local Rule 41) |
| Defendants. | ) |

On <u>August 1, 2012</u> the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution.

A written response to the Order to Show Cause was ordered to be filed no later than ___

No response having been filed to the Court's Order to Show Cause,

IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated: August 13, 2012

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE